## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA (DEF)

| | |
|---|---|
| PRISON LEGAL NEWS ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 14-683 (ESH) |

### STIPULATION AND COURT ORDER

Pending before the Court is Plaintiff Prison Legal News' Motion for Summary Judgment (ECF No. 24). The parties conferred and now stipulate to the following:

1. For purposes of the Freedom of Information Act (FOIA) request that is the subject of the above-captioned case, Defendant Federal Bureau of Prisons (BOP) will not oppose Plaintiff's request for a public interest fee waiver in this case only;

2. The BOP will not assess fees, including duplication fees, for purposes of processing and producing non-exempt documents in response to Plaintiff's current FOIA request, currently the subject of this litigation; and

3. The parties further stipulate that Plaintiff's Motion for Summary Judgment is moot.

4. The parties also further agree that BOP will pay Plaintiff the amount of $31,384.00 for attorney's fees and costs surrounding Plaintiff's drafting and filing of the said Motion for Summary Judgment.

5. This payment is for resolution of this issue only and is without prejudice to Plaintiff seeking reasonable attorney's fees and costs on any other issue or for the remaining issues of the Complaint as a whole. Within 5 working days of the entry of the Order, BOP will submit the settlement to the BOP's Administration Division for processing of the payment. Payment referred to in paragraph 6, above, shall be made within 60 days of the entry of this Order and may be extended by 30 days with notice to the Plaintiff.

June 1, 2015                                              Respectfully Submitted,

    //s                                                VINCENT H. COHEN, JR.
Carl Messineo                                             D.C. BAR # 471489
PARTNERSHIP FOR CIVIL                                     Acting United States Attorney
JUSTICE FUND
Legal Director                                            DANIEL F. VAN HORN
617 Florida Ave. NW                                       D.C. BAR # 924092
Washington, D.C. 20001                                    Chief, Civil Division
(202) 232-1180 x201                                       By:     //s
                                                          JOHN C. TRUONG
Counsel for Plaintiff                                     D.C. BAR #465901
                                                          Assistant United States Attorney
                                                          555 4th Street, N.W.
                                                          Washington, D.C. 20530
                                                          Tel: (202) 252-2524
                                                          Fax: (202) 252-2599
                                                          E-mail: John.Truong@usdoj.gov

                                                          Counsel for Defendant

Of counsel:
C. Darnell Stroble, Esq.
Federal Bureau of Prisons

**SO ORDERED.**

*6-2-15*                                                  *Ellen S Huvelle*
(date)                                                    Ellen S. Huvelle
                                                          United States District Judge