IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PRISON LEGAL NEWS**<br>        **Plaintiff,**<br><br>v.<br><br>**FEDEERAL BUREAU OF PRISONS,**<br>        **Defendant.** | )<br>)<br>)<br>)<br>) Civil Action No. 14-683 (ESH)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT AND
## CONSENT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to the Court's July 1, 2016 Order, the parties conferred and submit the following joint status report to apprise the Court on the status of this Freedom of Information Act (FOIA) case.

Since the parties' last status report, Defendant has revisited a number of documents that were previously withheld in whole or in part. At this juncture, Defendant anticipates releasing some of the previously withheld information and intends to do so on a rolling basis. The parties will continue to confer on the contested issues with the goal of resolving them, if possible, and to streamline the issues for summary judgment purposes.

In that vein, the parties conferred and Plaintiff does not object to affording the government additional time to produce any further documents. Consequently, the parties also conferred on the briefing schedule (as set forth in the Court's July 1, 2016 Order) and Plaintiff consented to moving all deadlines as proposed herein:

| Events | Current Dates | Proposed Deadlines |
|---|---|---|
| 1. Defendant's opening motion | November 1, 2016 | December 1, 2016 |

1

| | | |
|---|---|---|
| 2. Plaintiff's opposition and cross motion | December 1, 2016 | January 16, 2017 |
| 3. Defendant's reply and opposition to cross-motion | January 6, 2017 | February 16, 2017 |
| 4. Plaintiff's Reply | January 27, 2017 | March 1, 2017 |

Respectfully submitted,

/s/ Carl Messineo_____
Carl Messineo (D.C. Bar #450033)
Mara Verheyden-Hilliard (D.C. Bar # 450031)
PARTNERSHIP FOR CIVIL JUSTICE FUND
617 Florida Ave. NW
Washington, D.C. 20001
(202) 232-1180 x201
(202)747-7747 (fax)
cm@justiceonline.org
Counsel for Plaintiff

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:        _____//s_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
E-mail: John.Truong@usdoj.gov
Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS** ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> **FEDEERAL BUREAU OF PRISONS,** ) <br> Defendant. ) <br> _____) | Civil Action No. 14-683 (ESH) |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report and Defendant's Consent Motion to Modify the July 1, 2016 Scheduling Order and the entire record herein, it is this _____ day of _____, 2016,

**ORDERED** that the July 1, 2016 Scheduling Order is modified as follows:

| Events | Deadlines |
|---|---|
| 2. Defendant's opening motion | December 1, 2016 |
| 3. Plaintiff's opposition and cross motion | January 16, 2017 |
| 4. Defendant's reply and opposition to cross-motion | February 16, 2017 |
| 5. Plaintiff's Reply | March 1, 2017 |

SO ORDERED.

_____
United States District Judge