# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS, ) | |
| ) | |
| PLAINTIFF ) | Civil Action No.:14-cv-683 (ESH) |
| vs. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

## NOTICE OF SETTLEMENT IN PRINCIPLE

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties will prepare and finalize the Settlement Agreement and Stipulated Dismissal. The parties intend to file the stipulated dismissal as soon as practicable, but respectfully request that the parties are given 30 days to October 11, 2017, to file the said Settlement Agreement.

Defendant is filing this Notice with Plaintiff's approval and permission.

September 11, 2017                    Respectfully submitted,

                                      CHANNING D. PHILLIPS
                                      D.C. Bar #415793
                                      United States Attorney

                                      DANIEL F. VAN HORN
                                      D.C. BAR # 924092
                                      Chief, Civil Division

By: _____//s_____

JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for Defendant