# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PRISON LEGAL NEWS, )
)
    PLAINTIFF ) Civil Action No.:14-cv-683 (ESH)
vs. )
)
FEDERAL BUREAU OF PRISONS, )
)
)
    DEFENDANT )
)

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff, Prison Legal News (PLN) and Defendant Federal Bureau of Prisons, (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows in the above-captioned civil action brought under the Freedom of Information Act (FOIA), 5 U.S.C. §552, as amended:

1. The parties do hereby agree to settle, compromise and dismiss the above-captioned action under the terms and conditions set forth herein.

2. Since Plaintiff filed Civil Action No. 14-0683, Defendant agency has produced material responsive to the FOIA request originally filed by Plaintiff; Plaintiff is satisfied with that production.

3. Defendant shall pay Plaintiff a lump sum of One Hundred Seventy-One Thousand dollars and no cents ($171,000.00) in attorneys' fees and costs in this matter.

4. Payment of such attorneys' fees and costs will be made by an electronic transfer of funds to a bank account specified by Plaintiff. Upon filing the Stipulation of Settlement and Dismissal, the Parties will promptly cause the documentation necessary to effectuate this

payment to be completed and transmitted.

5. Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought in this action.

6. This Stipulation of Settlement and Dismissal shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs, attorneys' fees, search, review, or processing fees that have been, or could be, made in this case. In particular, this Stipulation of Settlement and Dismissal shall include all claims for attorneys' fees and costs, as well as search, review, and processing fees incurred by either Party in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

7. This Stipulation of Settlement and Dismissal shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation. This Stipulation of Settlement and Dismissal is understood not to preclude or prevent Plaintiff from seeking through the Freedom of Information Act or other means records not sought in the Freedom of Information Act request that gave rise to this action.

8. This Stipulation of Settlement and Dismissal shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

9. The parties agree that this Stipulation of Settlement and Dismissal will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.

10. Execution and filing of this Stipulation of Settlement and Dismissal by counsel for Plaintiff and by counsel for Defendant shall constitute a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

11. This Stipulation of Settlement and Dismissal may be executed in counterparts as if executed by both parties on the same document.

12. This Court may retain jurisdiction for the sole purpose of enforcing this Stipulation.

Respectfully submitted this 11 day of October, 2017.

_____
Carl Messineo (D.C. Bar #450033)
Mara Verheyden-Hilliard (D.C. Bar # 450031)
PARTNERSHIP FOR CIVIL JUSTICE FUND
617 Florida Ave. NW
Washington, D.C. 20001
(202) 232-1180 x201
(202) 747-7747 (fax)
E-mail: cm@justiceonline.org
Counsel for Plaintiff

JESSIE K. LIU
D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: _____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for Defendant